

# Fourth Court of Appeals
## San Antonio, Texas

December 29, 2014

No. 04-14-00767-CV

**IN THE INT OF DMB, JR AND ILB,**

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-02050
Honorable Peter A. Sakai, Judge Presiding

## O R D E R

The Appellant's Motion for Extension of Time to File Brief is GRANTED. The appellant's brief is due on December 31, 2014.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of December, 2014.



_____
Keith E. Hottle
Clerk of Court